29578. SLOTIN & COMPANY *et al.* v. EISEMAN *et al.*

SUTTON, J. There being no assignment of error in the bill of exceptions on any final judgment of the court in this case, this court is without jurisdiction to entertain it, and the writ of error is hereby dismissed. *Blackwell* v. *State*, 46 *Ga. App.* 830 (169 S. E. 507); *Moyers* v. *State*, 59 *Ga. App.* 875 (2 S. E. 2d, 517); *Hicks* v. *Community Loan &c. Co.*, 62 *Ga. App.* 909 (10 S. E. 2d, 226); *Empire Cotton-Oil Co.* v. *Taylor*, 152 *Ga.* 693 (111 S. E. 35); *Bearden* v. *Longino*, 181 *Ga.* 807 (184 S. E. 319); *Jordan* v. *Harber*, 182 *Ga.* 621 (186 S. E. 670); *Davis* v. *State*, 191 *Ga.* 558 (13 S. E. 2d, 351).

*Writ of error dismissed. Stephens, P. J., and Felton, J., concur.*

DECIDED SEPTEMBER 24, 1942.

*Hugh R. Kimbrough,* for plaintiffs in error.
*J. D. Kirkland, J. Paul Dekle,* contra.